An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROYAL PACIFIC OF LAS VEGAS, LLC, A DOMESTIC LIMITED LIABILITY COMPANY,
          Appellant,

vs.

FEN CHO LO TSAI, AN INDIVIDUAL,
          Respondent.

No. 67117

**FILED**

JUN 09 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
    DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting a motion for partial summary judgment in a breach of contract action. When our preliminary review of the docketing statement and documents before this court indicated that the district court had not yet entered a final judgment appealable pursuant to NRAP 3A(b)(1), we directed appellant to show cause why this appeal should not be dismissed for lack of jurisdiction. Appellant has now filed a copy of a district court order, entered on April 22, 2015, dismissing respondent's remaining claims against appellant.

The district court's April 22, 2015, order is not a final judgment because claims remain pending in the district court against Jason Yu, Mei Yu, and Royal International Corp., *see Lee v. GNLV. Corp.*, 116 Nev. 424, 996 P.2d 416 (2000), and the order is not certified as final pursuant to NRCP 54(b). Moreover, it appears that the order is not appropriate for such certification because the district court docket entries indicate that, subsequent to the filing of the docketing statement, but before entry of the order dismissing respondent's claims against appellant, appellant filed an amended answer and cross claims against respondent, Jason Yu, Mei Yu, and Royal International Corp., and these claims remain pending in the district court. *See Taylor Constr. Co. v. Hilton Hotels,*

Corp., 100 Nev. 207, 209, 678 P.2d 1152, 1153 (1984). Accordingly, we conclude that we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Chief Judge, The Eighth Judicial District Court
Hon. J. Charles Thompson, Senior Judge
Alverson Taylor Mortensen & Sanders
Marquis Aurbach Coffing
Eighth District Court Clerk